■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY BEAL, Appellant. [899 NYS2d 722]—An appeal having been

taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Lewis Bart Stone, J.), rendered on or about October 17, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Andrias, J.P., McGuire, Moskowitz, Acosta and DeGrasse, JJ.